UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERASMO OSORIO,<br><br>                Petitioner,<br><br>   v.<br><br>SAFEWAY, INC.,<br><br>               Respondent. | CASE NO. C24-1428<br><br>ORDER TO DISMISS WITHOUT PREJUDICE |

On January 17, 2025, the Court issued an order requiring the parties to file a Joint Status Report by January 27, 2025. Dkt. # 12. The Court warned the parties that failure to meet this deadline would result in dismissal of the case without prejudice. To date, the parties have not filed a Joint Status Report.

Accordingly, the Court ORDERS that this action and all claims asserted herein are DISMISSED without prejudice for failure to prosecute. Any party may move to reopen the case, provided such motion is filed within **60** days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

ORDER TO DISMISS WITHOUT PREJUDICE - 1

DATED this 6th day of February 2025.

*John H. Chun*
John H. Chun
United States District Judge