1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8    ERASMO OSORIO,                                              NO. 2:24-cv-01428-JHC

9              Plaintiff,                                        **ORDER**

10         v.

11   SAFEWAY INC., a foreign profit corporation,

12             Defendant.

13

14

15         THIS MATTER comes before the Court on Plaintiff's Motion to Reinstate Case and

16   Remand to King County Superior Court.  Dkt. # 15.  The Court has reviewed the materials

17   filed in support of an in opposition to the motion, the rest of the file, and the governing law.

18   Being fully advised, the Court GRANTS the request to reinstate the case and DENIES the

19   request to remand it to King County Superior Court, as removal based on diversity jurisdiction

20   was proper.  *See* Dkt. # 1; 28 U.S.C. § 1332.  The Court DIRECTS the Clerk to issue a new

21   order regarding initial disclosures, joint status report, and early settlement.

22         DATED this 8th day of April, 2025.

23

24                                                              John H. Chun
                                                                United States District Judge
25

ORDER - 1
(2:24-cv-01428-JHC)