UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERASMO OSORIO, an individual,<br><br>             Plaintiff,<br><br>     v.<br><br>SAFEWAY INC., a foreign profit corporation,<br><br>             Defendant. | NO.  2:24-cv-01428-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

## **STIPULATION**

The parties, Erasmo Osorio ("Plaintiff") and Safeway Inc. ("Defendant"), by and through their counsel of record, hereby stipulate and agree that all claims in the above captioned lawsuit may be dismissed in their entirety, with prejudice, and without costs and attorney's fees to any party.

DATED this 21st day of January, 2026.

//

//

//

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** - 1
(2:24-cv-01428-JHC)

KING LAW GROUP PLLC

_s/(signed in filed pdf version)_
Victor King, WSBA No. 33759
400 Industry Drive, Suite 180
Tukwila, WA 98188
Ph: 425-255-0858
Email: victor@kingadvantage.com
_Attorney for Plaintiff_

WILLIAMS, KASTNER & GIBBS PLLC

_s/Kenna A. Duckworth_
Kenna A, Duckworth, WSBA No. 54004
Leah Harris, WSBA No. 62993
601 Union Street, Suite 4000
Seattle, WA 98101-2380
Telephone: 206-628-6600
Fax: 206-628-6611
Email:  kduckworth@williamskastner.com
Email:  lharris@williamskastner.com
_Attorneys for Defendant_

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** - 2
(2:24-cv-01428-JHC)

## ORDER

THIS MATTER having come before the Court by way of stipulated motion of Plaintiff and Defendant, to dismiss all claims asserted in this lawsuit with prejudice and without costs and attorney's fees to any party, and the Court being fully advised, it is now ORDERED as follows:

All Plaintiff's claims against Defendant are hereby dismissed with prejudice and without costs and attorney's fees to any party.

DATED this 21st day of January, 2026.

John H. Chun
United States District Judge

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 3**
(2:24-cv-01428-JHC)